UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------X

YULIYA LYSENKO, individually and on behalf of all other similarly situated persons,

            Plaintiff,

v.

DR. GREGORY SHIFRIN, OB/GYN P.C., SURGERY OF TOMORROW, LLC., DR. GREGORY SHIFRIN, and ELLA SHIFRIN,

            Defendants.

------------------------------------------------------------X

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ SEP 18 2017 ★

BROOKLYN OFFICE

Case No. 17-CV-01635 (MKB)(LB)

**STIPULATION OF DISMISSAL**

The Clerk of Court is directed to close this case.

So Ordered: /S/ Judge Lois Bloom
9/18/17
Lois Bloom
U.S. Magistrate Judge

    IT IS HEREBY STIPULATED AND AGREED, by and between the Parties in the above captioned action through their undersigned counsel that, in accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Complaint in the above-captioned action and all claims alleged therein be dismissed with prejudice, with each party to bear their own fees and costs subject to the settlement agreement; and that Plaintiff is precluded from bringing any further claims under the Fair Labor Standards Act or New York Labor Law, or any federal, state or local law, for unpaid wages, including overtime pay, for the period set forth in Plaintiff's Complaint.

    IT IS FURTHER STIPULATED AND AGREED that this Stipulation may be executed in counterparts with scanned PDF or facsimile signatures treated as originals.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

| | |
|---|---|
| Kaufman Dolowich &Voluck, LLP<br>*Attorneys for Defendants* | Naydenskiy Law Group, P.C.<br>*Attorneys for Plaintiffs* |

By: Keith Gutstein, Esq.  
135 Crossways Park Drive, Ste. 201  
Woodbury, New York 11797  
(516) 681-1100

By: /s/ Gennadiy Naydenskiy  
Gennadiy Naydenskiy, Esq.  
1517 Voorhies Avenue, 2nd Fl  
Brooklyn, NY 11235  
(800) 789-9396

SO-ORDERED

_____  
The Hon. Lois Bloom U.S.M.J.

4838-6596-7439, v. 1